IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| LORETTA SHEPARD, | ) | |
| | ) | |
| Plaintiff | ) | 1:23-CV-00268-RAL |
| | ) | |
| vs. | ) | RICHARD A. LANZILLO |
| | ) | Chief United States Magistrate Judge |
| MICHELLE OVERMEYER, CAMBRIDGE | ) | |
| SPRINGS SUPERINTENDENT; | ) | ORDER |
| KIMBERLY DREISCHALICK, | ) | |
| CORRECTIONS OFFICER; KELLY | ) | |
| CLAYPOOLE, CORRECTIONS OFFICER; | ) | ECF NO. 51 |
| JAMES MORRIS, CORRECTIONS | ) | |
| OFFICER; STEPHEN HAGGRITY, | ) | |
| CORRECTIONS OFFICER; ALFONZIA | ) | |
| NEWSOME, CORRECTIONS OFFICER; | ) | |
| TANYA MAYO, CORRECTIONS | ) | |
| OFFICER; RICHARD MIDDENDORF, | ) | |
| CORRECTIONS OFFICER; EMBER | ) | |
| BLINN, CORRECTIONS OFFICER; | ) | |
| CAPTAIN ERIC BURNS, HEIDI DUGAN, | ) | |
| ACTING CAPTAIN OF THE SECURITY | ) | |
| OFFICE; AND SIMEON OBENG, | ) | |
| ATTENDING PHYSICIAN, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

The Court is in receipt of correspondence from the Plaintiff, Loretta Shepard.  *See* ECF

No. 51.  As was previously explained, the Court does not accept correspondence from litigants.

*See* ECF No. 44 (text order dated June 7, 2024).  All communication to the Court concerning this

case must be in the form of a pleading, motion, or response to a motion unless otherwise

directed.  *See Yazici v. MAC Parent LLC*, 2024 WL 1558385, at *1 n.4 (W.D. Pa. Apr. 10,

2024).  Any relief the Plaintiff seeks from the Court or any argument she wishes the Court to

consider must be in the form of a motion or response.  The Court will not consider arguments presented in correspondence.

Notwithstanding the foregoing, the Court notes that Plaintiff has requested an "update" on her case.  *See* ECF 51, p. 1.  Construing her correspondence as a motion for a case status update, the Court grants the motion and is enclosing a printed copy of the docket with this Order. Plaintiff's correspondence also references further instances of retaliation.  *Id.*  Unless presented in a proper motion to amend or supplement her Complaint, along with a proposed amended or supplemental complaint, the Court cannot consider these allegations.

DATED this 16th day of July, 2024.

BY THE COURT:

RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE